# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                    Case Number:

DeVaughn Stringfellow
      v.
City of Chicago, Chicago Police Officers
John Doe #1 and John Doe #2

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff

```
FILED: AUGUST 12, 2008
08CV4570
JUDGE KENNELLY
MAGISTRATE JUDGE COLE
YM
```

| | |
|---|---|
| NAME (Type or print)<br>Jan Susler | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>   s/  Jan Susler | |
| FIRM<br>People's Law Office | |
| STREET ADDRESS<br>1180 N. Milwaukee Ave. | |
| CITY/STATE/ZIP<br>Chicago, IL 60622 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>2778440 | TELEPHONE NUMBER<br>(773)235-0070 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐