IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DEVAUGHN STRINGFELLOW, | ) | |
| | ) | |
| Plaintiff, | ) | NO. 08 C4570 |
| | ) | |
| v. | ) | JUDGE KENNELLY |
| | ) | |
| CITY OF CHICAGO, | ) | MAGISTRATE JUDGE COLE |
| CHICAGO POLICE OFFICERS JOHN | ) | |
| DOE #1 and JOHN DOE #2, | ) | |
| | ) | |
| Defendants. | ) | |

**CITY OF CHICAGO'S AGREED MOTION TO EXTEND
THE TIME IN WHICH TO ANSWER OR OTHERWISE PLEAD**

Defendant, the City of Chicago ("City"), by its attorney, Mara S. Georges, Corporation Counsel, respectfully asks this Honorable Court for an extension of time up to and including September 26, 2008, in which to answer or otherwise plead to Plaintiff's Complaint.

In support of this motion, Defendant states:

1. This matter was filed on August 12, 2008, in the United States District Court, Northern District of Illinois. ACC Rita Moran was assigned the case on behalf of the City on August 26, 2008.

2. The undersigned has not yet received any of the Chicago Police Department records to enable Defendant to properly respond to Plaintiff's Complaint.

3. This motion is Defendant's first request for an extension of time to answer or otherwise plead. Such a request will not unduly delay the resolution of the disputed issues, nor will it prejudice the plaintiff.

4. Plaintiff's counsel was informed of this motion on August 26, 2008, and agrees

with its terms.

**WHEREFORE**, Defendant, City, respectfully asks for an order extending the time to answer or otherwise plead to September 26, 2008.

        Respectfully Submitted,

        MARA S. GEORGES
        CORPORATION COUNSEL

BY:   **/s/ Rita Moran**
        RITA MORAN
        Assistant Corporation Counsel
        Attorney for Defendant City

30 N. LaSalle Street
Suite 1020
Chicago, IL 60602
(312) 744-4939
Attorney No. 06270301

**CERTIFICATE OF SERVICE**

      I, Rita Moran, an attorney, hereby certify that I have caused true and correct copies of the above and foregoing Motion and Notice of Motion to be served upon all parties of record pursuant to ECF, in accordance with the rules of electronic filing of documents, on this 27th day of August, 2008.

                                      /s/ Rita Moran
                                      RITA MORAN