IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DEVAUGHN STRINGFELLOW, | ) | |
| | ) | |
| Plaintiff, | ) | NO. 08 C4570 |
| | ) | |
| v. | ) | JUDGE KENNELLY |
| | ) | |
| CITY OF CHICAGO, | ) | MAGISTRATE JUDGE COLE |
| CHICAGO POLICE OFFICERS JOHN | ) | |
| DOE #1 and JOHN DOE #2, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

To:  Janis M. Susler
     People's Law Office
     1180 N. Milwaukee Ave.
     Chicago, IL 60622

   **PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **CITY OF CHICAGO'S AGREED MOTION TO EXTEND THE TIME IN WHICH TO ANSWER OR OTHERWISE PLEAD,** a copy of which is attached hereto and herewith served upon you.

   **PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge Kennelly, or before such other Judge sitting in his place or stead, on the 3rd day of September, 2008 at 9:30 a.m., or as soon thereafter as counsel may be heard and present the attached motion.

   **DATED** at Chicago, Illinois this 27th day of August, 2008.

                                    MARA S. GEORGES
                                    CORPORATION COUNSEL
                                    CITY OF CHICAGO

                            BY:    /s/ Rita Moran
                                    RITA MORAN
                                    Assistant Corporation Counsel

30 N. LaSalle Street, Suite 1020
Chicago, Illinois 60602
(312) 744-4939
Attorney No.: 06270301