# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 4570 | **DATE** | 9/2/2008 |
| **CASE TITLE** | Devaughn Stringfellow vs. City of Chicago, et al. | | |

**DOCKET ENTRY TEXT**

The City of Chicago's agreed motion to extend time is granted.  Response to complaint is to be filed by 9/26/08.

| | Courtroom Deputy Initials: | DS |
|---|---|---|